### (April 6, 1945.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JAMES H. GILVARRY, an Attorney.— During the pendency of disciplinary proceedings respondent submitted his resignation as attorney and counselor at law. Resignation accepted and respondent's name ordered to be struck from the roll of attorneys. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *post*, p. 1058.]